IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| CLAUDIA TURNER, et al., | : | |
| | : | |
|    Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action No. |
| | : | 7:06-CV-13 (HL) |
| TIFT COUNTY, GEORGIA, et al., | : | |
| | : | |
|    Defendants. | : | |

## ORDER

Before the Court is Plaintiff's Motion for Reconsideration (Doc. 7) of the Court's April 6, 2006 Order dismissing Plaintiff's claim for lack of subject matter jurisdiction. Pursuant to Haines v. Kerner, 404 U.S. 519, 519-21, 92 S.Ct. 594, 594-96 (1972), the Court has again examined Plaintiff's Complaint, Amended Complaint, and Motion for Reconsideration and liberally construed the filings in an attempt to find any possible basis for jurisdiction. The Court can find none.  Because federal counts can only proceed with the requisite jurisdiction. Save the Bay, Inc. v.United States Army, 639 F.2d 1100, 1102 (5th Cir. 1981),[1] the Court has no choice but to deny Plaintiff's Motion for Reconsideration.

**SO ORDERED**, this the 5th day of June, 2006.

/s/ Hugh Lawson
**HUGH LAWSON, Judge**

scs

---

[1] Decisions of the United States Court of Appeals for the Fifth Circuit handed down prior to September 30, 1981 are binding precedent in the Eleventh Circuit. Bonner v. City of Pritchard, 661 F.2d 1206, 1207 (11th Cir. 1981).